1118

No. 05–7699. MENDOZA-VERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7703. THIBODAUX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7704. BARCUS v. NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES. C. A. 2d Cir. Certiorari denied.

No. 05–7705. BROWN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7707. ACUNA-ESPINAL v. UNITED STATES ALCANTAR-SALDANA v. UNITED STATES ALONZO-MELENDEZ v. UNITED STATES ALVAREZ-JIMENEZ v. UNITED STATES ALVAREZ-LICEA v. UNITED STATES CASTRO-LOPEZ v. UNITED STATES CHAVEZ-MONAREZ v. UNITED STATES CORONA-MANSANO v. UNITED STATES CORDOVA-MORALES v. UNITED STATES CRUZ v. UNITED STATES DIAZ-DE LEON v. UNITED STATES DIAZ-GALICIA v. UNITED STATES GARCIA v. UNITED STATES FACUNDO-MALDONADO v. UNITED STATES JAIMEZ-HERNANDEZ v. UNITED STATES MARTINEZ-GARZA v. UNITED STATES PINA-LABRADA v. UNITED STATES QUIROZ-SANCHEZ v. UNITED STATES RIVERA-ZURITA v. UNITED STATES RODRIGUEZ-GOMEZ v. UNITED STATES SEPULVEDA-ROBLES v. UNITED STATES URRABAZO-RODRIGUEZ v. UNITED STATES and VALENZUELA-PARRA v. UNITED STATES C. A. 5th Cir. Certiorari denied.

No. 05–7709. BATEMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7710. AMBERS v. HARRISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–7712. TRETO-MARTINEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.